**STATE of Missouri, Respondent,**

v.

**Joseph M. BRAUGHTON, Appellant.**

**WD 76975**

Missouri Court of Appeals,
Western District.

FILED: May 10, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied July 5,
2016.

Gregory L. Barnes, Jefferson City, MO for respondent

Damien S. DeLoyola, Kansas City, MO for appellant

Before Division Four: Alok Ahuja, C.J., and Thomas H. Newton and Lisa White Hardwick, JJ.

**ORDER**

PER CURIAM:

Joseph Braughton appeals his conviction of second-degree statutory sodomy under § 566.064, RSMo. Braughton argues that the circuit court abused its discretion by permitting excerpts of the minor victim's videotaped forensic interview to be played to the jury, and that the court plainly erred by failing to instruct the jury on a

mistake-of-age defense. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).[1]

---

1. Judge Anthony Rex Gabbert of this Court presided over Braughton's jury trial in the circuit court. Judge Gabbert has taken no part in the consideration or decision of this appeal.